**Electronically Filed
Supreme Court
SCWC-18-0000599
13-OCT-2020
03:10 PM
Dkt. 15 OGAC**

SCWC-18-0000599

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent and Petitioner/Plaintiff-Appellee,

vs.

SUSAN E. SHAW,
Petitioner and Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000599; 1CPC-17-0001118)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Nakasone, assigned by reason of vacancy)

Petitioner and Respondent/Defendant-Appellant, Susan E. Shaw's application for writ of certiorari filed on August 18, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, October 13, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Karen T. Nakasone

